# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### CENTRAL DIVISION
#### at FRANKFORT

Civil Action No. 08-53-HRW

SHARON A. SMITHA,                                                    PLAINTIFF,

v.                                        **JUDGMENT**

MICHAEL J. ASTRUE
COMMISSIONER OF SOCIAL SECURITY,                   DEFENDANT.


In conformity with the Order entered this date and in compliance with

Federal Rule of Civil Procedure 58, **IT IS HEREBY ORDERED** and

**ADJUDGED** that:

   A.    pursuant to sentence four of 42 U.S.C. § 405(g), the administrative
         decision is **AFFIRMED** and judgment is entered in favor of the
         Defendant;

   B.    the Plaintiff's Complaint against the Defendant is **DISMISSED
         WITH PREJUDICE** and the Plaintiff shall take nothing thereby; and

   C.    this action is **STRICKEN** from the active docket of the Court.

This August 17, 2009.

Signed By:

*Henry R Wilhoit Jr.*

**United States District Judge**